UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| ALEJANDRO LUNA ESPINOZA, #1694925, <br><br> *Petitioner,* <br><br> v. <br><br> DIRECTOR, TDCJ-CID <br><br> *Respondent.* | § § § § § § § § § § § Civil Action No. 3:24-CV-2245-X-BK |

**<u>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE</u>**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. (Doc. 13). No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

**IT IS SO ORDERED** this 6th day of March, 2025.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE